| | |
|---|---|
| 1 | Donald P. Rubenstein (State Bar No. 121034) |
| | Email:  drubenstein@reedsmith.com |
| 2 | William R. Overend (State Bar No. 180209) |
| | Email: woverend@reedsmith.com |
| 3 | REED SMITH LLP |
| | Two Embarcadero Center, Suite 2000 |
| 4 | San Francisco, CA 94111 |

JS-6

Telephone:  415 543 8700
Facsimile:    415 391 8269

Attorneys for Plaintiff and Counterdefendant
SwissQual AG

PILLSBURY WINTHROP SHAW PITTMAN LLP
EVAN FINKEL  (S.B. #100673)
evan.finkel@pillsburylaw.com
MICHAEL J. FINNEGAN  (S.B. #137409)
mike.finnegan@pillsburylaw.com
ANDREW B. GROSSMAN  (S.B. #211546)
andrew.grossman@pillsburylaw.com
AVISHA A. PATEL  (S.B. #217649)
avisha.patel@pillsburylaw.com
725 South Figueroa Street
Suite 2800
Los Angeles, CA  90017-5406
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Defendant and Counterclaimant
COMARCO WIRELESS TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWISSQUAL AG, a Swiss Corporation, | Case No. 07-CV-7819-AHM (SSx) |
| Plaintiff, | Before the Honorable A. Howard Matz |
| vs. | **ORDER FOR VOLUNTARY DISMISSAL OF ACTION** |
| COMARCO WIRELESS TECHNOLOGIES, INC., a Delaware Corporation, | |
| Defendant. | JS-6 |
| AND RELATED COUNTERCLAIMS. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

US_ACTIVE-100746132.2

Pursuant to the parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is hereby voluntarily dismissed with prejudice.

2. This Court shall retain jurisdiction of this matter in connection with any disputes arising out of the settlement agreement entered into between the parties.

3. The parties are each to bear their own attorneys' fees and costs incurred in connection with this action.

IT IS SO ORDERED.

DATED:  December 5, 2008.

By _____
The Honorable A. Howard Matz
U.S. District Judge